UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FREDRICK GRAHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:21-CV-760 SPM |
| ) | |
| SPECIAL MANAGEMENT REVIEW, ) | |
| COMMITTEE, et al., ) | |
| ) | |
| Defendants. ) | |

**OPINION, MEMORANDUM AND ORDER OF TRANSFER**

This matter is before the Court upon review of the complaint filed by *pro se* plaintiff Fredrick Graham, an inmate at United States Penitentiary in Thomson, Illinois. For the reasons explained below, this case will be transferred to the United States District Court for the Northern District of Illinois

Plaintiff brings this action pursuant to 42 U.S.C. § 1983 alleging violation of his civil rights. He names the following individuals and entities as defendants in this action: Special Management Review Committee; D. Altizer; Captain Unknown Leonowicz; Lt. Unknown Dugdale; and Unknown Ramos.

Plaintiff claims that the defendants worked together to designate him as a snitch, placing his life in danger at USP Thomson. He seeks a transfer to a different facility, as well as restoration of his prior non-restrictive inmate status.

Under 28 U.S.C. § 1391(b), a civil action of this type may be brought in: "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is subject of the action is situated;

or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action."

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). Here, plaintiff's claims arise entirely from events which occurred during his incarceration in the Northern District of Illinois. In addition, all of the defendants and presumably all of the witnesses are located in the Northern District of Illinois. Therefore, the Court concludes that it is in the interest of justice to transfer this case to the United States District Court for the Northern District of Illinois for all further proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall **TRANSFER** this case to the United States District Court for the Northern District of Illinois. *See* 28 U.S.C. § 1404(a).

Dated this 1st day of July, 2021.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE